### 37042. McKELLAR *v.* CHILDS.

QUILLIAN, Judge. 1. The decision of this court on the former appearance of the case adjudicated the sufficiency of the answer as against a ground of demurrer then urged. The question of whether the answer was open to demurrer because it sought to set off a claim ex delicto against a cause ex contractu was not before the court and was not decided.

2. A cross-action is not valid which attempts to plead an ex delicto claim against an action ex contractu unless it is alleged that the plaintiff is either insolvent or a nonresident. There being no such allegation in the cross-bill filed by the defendant in this case the judge did not err in sustaining the motion to dismiss the cross-action. *Cornett* v. *Ault,* 124 *Ga.* 944, 947 (53 S. E. 460); *McLendon Bros.* v. *Finch,* 2 *Ga. App.* 421 (58 S. E. 690); *Geer* v. *Cowart,* 5 *Ga. App.* 251 (62 S. E. 1054). *Judgment affirmed. Felton, C. J., and Nichols, J., concur.*

DECIDED FEBRUARY 19, 1958.

*John Henry Poole,* for plaintiff in error.
*Reinhardt & Ireland, Bob Reinhardt, D. C. Ireland,* contra.